UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN,<br>   1600 20th Street NW<br>   Washington, DC 20009,<br><br>             Plaintiff,<br><br>v.<br><br>UNITED STATES AGENCY FOR<br>INTERNATIONAL DEVELOPMENT,<br>   1300 Pennsylvania Avenue NW<br>   Washington, DC 20004,<br><br>             Defendant. | Civil Action No. 25-1233 |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. Plaintiff Public Citizen brings this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to compel defendant United States Agency for International Development (USAID) to produce records responsive to a FOIA request that Public Citizen submitted to USAID regarding its purge of aid programs and employees.

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Venue is proper under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

3. Plaintiff Public Citizen is a nonprofit organization based in Washington, DC. Public Citizen submitted the FOIA request at issue in this action.

4. Defendant USAID is an agency of the United States within the meaning of FOIA. 5 U.S.C. § 551(1). USAID has possession or control of the records responsive to Public Citizen's FOIA request.

## BACKGROUND

5. On January 31, 2025, Public Citizen submitted a FOIA request to USAID for records relating to USAID's purge of programs and employees. Specifically, Public Citizen's FOIA request sought:

(1) "All records that mention or discuss compliance with directives to pause or stop funding of aid programs, including but not limited to all records that discuss or mention examples of employees failing to comply with directives to pause or stop funding aid programs. This request is limited to records that were created on or after January 20, 2025, through the date of processing of this FOIA request";

(2) "All records that mention or discuss termination, furlough, or reassignment of USAID employees or decisions to place employees on administrative leave. This request is limited to records that were created on or after January 20, 2025, through the date of processing of this FOIA request";

(3) "All email messages between either Nicholas Gottlieb (the Director of Employee and Labor Relations at USAID) or Jason Gray (the Acting Administrator at USAID) and any email addresses that do not end in '.gov' that discuss or mention compliance with directives to pause or stop funding aid programs. This request is limited to email messages sent on or after January 20, 2025, through the date of processing of this FOIA request";

(4) "All email messages between Nicholas Gottlieb (the Director of Employee and Labor Relations at USAID) or Jason Gray (the Acting Administrator at USAID) and any email addresses that do not end in '.gov' that discuss or mention the term 'cease,' 'desist,' 'unlawful,' or 'illegal,' regardless of how or whether those terms are capitalized. This

request is limited to email messages sent on or after January 20, 2025, through the date of processing of this FOIA request"; and

(5) "One copy of each email message between hr@opm.gov and any email addresses ending in @usaid.gov. This request is limited to email messages sent on or after January 20, 2025, through the date of processing of this FOIA request."

6. In its FOIA request, Public Citizen sought a full waiver of fees because disclosure of the requested information would be in the public interest and not for commercial use.

7. USAID has neither acknowledged Public Citizen's FOIA request nor made a final determination or a final production of records in response to the request.

8. More than 20 business days have passed since Public Citizen submitted its FOIA request.

## CLAIM FOR RELIEF

9. Public Citizen has a right under FOIA, 5 U.S.C. § 552, to the information responsive to its FOIA request and to a fee waiver on the request.

10. USAID's failure to disclose the requested records has no legal basis.

## PRAYER FOR RELIEF

WHEREFORE, Public Citizen requests that this Court:

A. Declare that USAID's failure to provide the records responsive to Public Citizen's FOIA request is unlawful;

B. Order USAID to make the requested records available to Public Citizen at no cost and without delay;

C. Award Public Citizen its costs and reasonable attorneys' fees under 5 U.S.C. § 552(a)(4)(E); and

D. Grant such other relief as this Court may deem just and proper.

Dated: April 22, 2025                    Respectfully submitted,

/s/ *Zachary R. Shelley*
Zachary R. Shelley (DC Bar No. 90021549)
Lauren E. Bateman (D.C. Bar No. 1047285)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7728
zshelley@citizen.org

*Counsel for Plaintiff*